IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TAWANDA SMITH,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          CIVIL ACTION NO. 1:04cv1216-F
                                        )          WO
MGA, INC., and all Holding              )
Companies and Affiliated Entitites      )
d/b/a MOVIE GALLERY,                 )
                                        )
            Defendants.                 )

**<u>ORDER ON MOTIONS</u>**

This case is before the court on plaintiff's motion for order to compel discovery
(Doc. # 10), her duplicate motion to compel (Doc. #14), and plaintiff's motion to recuse
(Doc. # 16). The motion to compel asks the court to order the defendant to produce "the
relevant and material documents requested in Exhibits A and B attached hereto." Exhibit
A and Exhibit B are copies of plaintiff's requests for production, which seek various
documents from defendant, including personnel files and records relating to training,
promotions, and recruiting, as well as certain e-mails and invoices. Plaintiff contends that
defendant did not produce any documents "pursuant to paragraphs f, g, h and i" of her
attached requests for production.[1]

---

[1] The court notes that defendant did offer, in response to request f, to retrieve counsel's
case file in <u>Black v. MGA</u>, CV-98-T-300-S, if it is still available and the file cannot be obtained
from the court. Plaintiff does not indicate in her motion whether or not she followed up on this

Exhibits C and D contain defendant's objections and responses to the requests for production. The objections indicate that defendant has agreed to provide some documents, and they also set out the reasons why defendant maintains it is not required by the discovery rules to produce the other documents requested. In addition, defendant's response to the motion to compel (Doc. # 11) argues, in some detail, that some of the documents sought are irrelevant to plaintiff's claims and not reasonably calculated to lead to the discovery of admissible information. The response and objections are sufficient to meet to defendant's initial burden, as the party resisting production of information, to establish that the information requested is not relevant or is overly broad, burdensome or oppressive.

Plaintiff's one-page motion to compel contains no substantive argument, other than the bare assertion that the documents sought are "relevant and material." Her renewed motion, filed after defendant's initial response was filed, likewise offers nothing substantive in response to defendant's position concerning the documents in question. In addition, plaintiff has provided no reply to defendant's response. Absent any explanation or argument from plaintiff as to why defendant's objections to plaintiff's requests for production are without merit, the court has no basis on which it may overrule

offer.

2

them.[2]  Accordingly, it is

ORDERED that plaintiff's motion for order to compel discovery (Doc. # 10) and second motion for order to compel discovery (Doc. #14) are DENIED.  It is further

ORDERED that plaintiff's motion to recuse (Doc. # 16) is DENIED.

DONE, this 27th day of September, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[2]  The court has reviewed paragraphs f, g, h, and i, and the objections thereto, to determine whether any of the requests seek information that is clearly discoverable on its face. However, it found no requests that could be granted as a matter of routine without further argument from plaintiff, which has not been provided.

3