IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAWANDA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:04cv1216-F |
| ) | WO |
| MGA, INC., and all Holding ) | |
| Companies and Affiliated Entitites ) | |
| d/b/a MOVIE GALLERY, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION

Upon consideration of defendant's "Objections to Magistrate Judge's Order" (Doc. # 31), and for good cause, it is

ORDERED that the objection, which the court construes as a motion to reconsider, is GRANTED in part to the extent that the order is hereby STAYED pending a ruling on the motion for summary judgment. In all other respects, the motion is DENIED.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE